IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYTHEON COMPANY, *et al.*                                                      PLAINTIFFS

v.                        CASE NO. 1:18-CV-01030

LARRY WALTHER, in his official capacity
as Director, Department of Finance and
Administration of the State of Arkansas                         DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay. ECF No. 27. In the instant motion, the parties move the Court to stay the present action during the pendency of a related case currently before the Circuit Court of Ouachita County, Arkansas. Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. Accordingly, this matter is hereby **STAYED**. The Clerk of Court is directed to administratively close this matter and terminate all pending motions. The parties shall file a motion to re-open this matter within fourteen (14) days of the resolution of the underlying state-court case. Furthermore, the parties are hereby **ORDERED** to file status updates every ninety (90) days.

**IT IS SO ORDERED**, this 4th day of February, 2019.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge